UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONALD TATE, SR. and
RONALD TATE, JR.,

    Plaintiffs,
v.                                                                     Civil Action No.: _____

UNITED STATES OF AMERICA,

    Defendant.
_____/

## COMPLAINT

COMES NOW, RONALD TATE, SR. and RONALD TATE, JR. and sues Defendant, UNITED STATES OF AMERICA and alleges as follows:

I.    JURISDICTION AND VENUE

    1.    This is an action for negligence in excess of $75,000 exclusive of attorneys' fees, costs and interest.

    2.    This action arises under the provisions of the Federal Tort Claims Act 28 U.S.C. § 2671-2680.

    3,    This court has jurisdiction to hear the claims of RONALD TATE, SR. pursuant to 28 U.S.C. § 1346(b) to redress the negligence of federal employees acting in the scope of employment.  Plaintiff, RONALD TATE, SR. timely filed an administrative claim with the National Tort Center, Post Office Box 66640, St. Louis, Missouri 63141 on December 4, 2009 and has continued to negotiate in good faith. Due to the passage of time without the issuance of a final denial of the administrative claim, Plaintiff has deemed his claim denied..

4,	This court has jurisdiction to hear the claims of RONALD TATE, JR. pursuant to 28 U.S.C. § 1346(b) to redress the negligence of federal employees acting in the scope of employment.  Plaintiff, RONALD TATE, JR. timely filed an administrative claim with the National Tort Center, Post Office Box 66640, St. Louis, Missouri 63141 on December 9, 2009 and has continued to negotiate in good faith. Due to the passage of time without the issuance of a final denial of the administrative claim, Plaintiff has deemed his claim denied.

5.	All conditions precedent to Plaintiffs bringing this claim have been met or waived.

6.	The negligent action alleged below occurred in the state of Florida and venue is properly laid in this Court by virtue of 28 U.S.C. §1339.

II.	THE PARTIES

7,	The Plaintiff, RONALD TATE, SR., was the driver of a motor vehicle involved in an accident which is the subject of this suit.  Plaintiff, RONALD TATE, SR., is a resident of Panama City, Florida.

8.	The Plaintiff, RONALD TATE, JR., was the passenger in a vehicle driven by RONALD TATE, SR., and involved the same accident which is the subject of this suit.  Plaintiff, RONALD TATE, JR. is a resident of Panama City, Florida.

9,	Don S. Pennington was the driver of a vehicle owned by the United States Postal Service and was operating said vehicle with their permission in the course of his employment with United States Postal Service.

10.	Defendant, UNITED STATES OF AMERICA, is responsible for the negligent acts of its employee, Don S. Pennington, complained of herein.

FACTUAL ALLEGATIONS

11. On or about May 23, 2008, Plaintiffs, RONALD TATE SR. and RONALD TATE JR., were traveling west on West 23rd Street in Panama City, Florida.

12. On or about May 23, 2008 a vehicle driven by Don S. Pennington and owned by United States Postal Service was also traveling west on West 23rd Street in Panama City, Florida.

13. Don S. Pennington, while acting within the scope of his employment with United States Postal Service, negligently failed to stop and collided with the rear of the Plaintiffs' vehicle.

III. CAUSES OF ACTION

COUNT I

COMES NOW, Plaintiff, RONALD TATE, SR., by and through the undersigned attorney and hereby sues the Defendant, UNITED STATES OF AMERICA, and incorporates paragraphs 1-13 and further alleges:

14, As a result of the negligent acts of Defendant's employee outlined above, Plaintiff, RONALD TATE, SR. suffered bodily injury that is permanent within a reasonable degree of medical probability and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care treatment¸ loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

COUNT II

COMES NOW, Plaintiff, RONALD TATE, JR., by and through the undersigned attorney and hereby sues the Defendant, UNITED STATES OF AMERICA, and incorporates paragraphs 1-13 and further alleges:

15.  As a result of the negligent acts of Defendant's employee as outlined above, Plaintiff, RONALD TATE, JR. suffered bodily injury that is permanent within a reasonable degree of medical probability and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

IV.   JURY DEMAND

Plaintiffs demand a jury in all matters so triable.

Respectfully submitted,

/s/ Douglas B. Dykes
DOUGLAS B. DYKES, ESQUIRE
Florida Bar No. 0998443
311 Magnolia Avenue (32401)
P.O. Box 1186
Panama City, FL  32402-1186
ddykes@syfrett-dykes.com
T/850-785-3400
F/850-872-8234
ATTORNEY FOR PLAINTIFF