IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONALD TATE, SR.,
and RONALD TATE, JR.,

    Plaintiffs,

vs.                                    CASE NO. 5:11-cv-210/RS-CJK

UNITED STATES OF AMERICA,

    Defendant.
_____ /

## ORDER

This case is dismissed without prejudice for Plaintiffs failure to comply with an Order of the court.  (*See* Doc. 10).

**ORDERED** on January 26, 2012.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**